# KARPF KARPF & VIRANT, P.C.
ATTORNEYS AT LAW



3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
jeremy@karpf-law.com

April 14, 2009

**SENT VIA FAX AND U.S. MAIL**

The Honorable Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fischer Federal Bldg. & U.S. Courthouse
402 East State Street, Room 6052
Trenton, NJ 08608

**RECEIVED**

APR 2 0 2009

TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

Re:   *Vasquez v. Trenton Head Start Inc.*
      Case No.: 08-3583

Dear Judge Bongiovanni:

I represent Plaintiff in the above-referenced matter. The current discovery deadline is scheduled for May 29, 2009. In addition, a Settlement Conference has been scheduled before Your Honor on May 18, 2009. Please accept this letter on behalf of both parties as a formal request for a thirty (30) day extension of the discovery deadline. The parties request this extension to avoid incurring additional costs and fees associated with taking additional depositions prior to the Settlement Conference. If you require any additional information, please do not hesitate to contact me.

Thank You for your attention to this matter.

*The discovery schedule shall be reset if the matter does not settle.*

Very truly yours,

KARPF, KARPF & VIRANT, P.C.

Jeremy M. Cerutti, Esq.

cc: Megan McGeehin Schwartz, Esq.

So Ordered this _20_ day of _April_, 20_09_

---

Pennsylvania • New Jersey • New York